IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RICKY HAWS,<br><br>            Plaintiff,<br><br>vs.<br><br>PROVO POLICE DEPARTMENT,<br><br>            Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:19-cv-00276-CW-CMR<br><br>Judge Clark Waddoups |

      This case was assigned to United States District Court Judge Clark Waddoups and was later referred to United States Magistrate Judge Cecilia M. Romero under 28 U.S.C. § 636(b)(1)(B). On August 19, 2021, Judge Romero issued a Report and Recommendation (ECF No. 8) recommending that the court dismiss this action without prejudice for failure to prosecute. Plaintiff filed no objection to the Report and Recommendation. After having reviewed the file *de novo*, and for the reasons stated by Judge Romero, the court hereby **APPROVES AND ADOPTS** Judge Romero's Report and Recommendation in its entirety.  Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE**.

      DATED this 15th day of February, 2022.

                                                              BY THE COURT:

                                                              _____

                                                              Clark Waddoups<br>
                                                              United States District Court Judge